FILED
2023 Nov-22 PM 02:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **RAQUITA ANTONIO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 5:23-cv-0966-LCB |
| | ) |
| **KILOLO KIJAKAZI, Acting** | ) |
| **Commissioner, Social Security** | ) |
| **Administration,** | ) |
| | ) |
| **Defendant.** | |

## MEMORANDUM OPINION

Before the Court is the Commissioner's Unopposed Motion for Entry of Judgement Under Sentence Four of 42 U.S.C. § 405(g) With Remand of the Cause to the Defendant. (Doc. 11). As its title suggests, the request for remand is made pursuant to Title 42, United States Code, Section 405(g). This section of the Social Security Act provides, "The Court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Commissioner has requested this remand to allow her "to further evaluate whether Plaintiff can perform jobs that exist in significant numbers in the

national economy, to take any further action needed to complete the administrative record, and to issue a new decision." (Doc. 11 at 1).  Pursuant to 42 U.S.C. § 405(g), the Court **GRANTS** the Commissioner's motion, **REVERSES** the Commissioner's decision, and **REMANDS** this case to the Commissioner for further proceedings as described above.  The Court will enter a separate final order closing the case.

      **DONE** and **ORDERED** November 22, 2023.

                                              **LILES C. BURKE**
                                              UNITED STATES DISTRICT JUDGE